RESCUE AMERICA, Plaintiff–
Appellant,

v.

HCHD/BEN TAUB HOSPITAL,
Defendant–Appellee.

No. 03–20254

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 7, 2003.

Before HIGGINBOTHAM, DAVIS, and
PRADO, Circuit Judges.

PER CURIAM:*

Plaintiff Andre Howard, proceeding *pro se* under the name "Rescue America," appeals the district court's order granting summary judgment on his Equal Pay Act [1] claim to defendant Harris County Hospital District/Ben Taub Hospital. Applying *de novo* review, we find that, in response to the defendant's summary judgment motion, Howard did not produce evidence substantiating his pay Act claim against the defendant, or his related claims for retaliation and breach of hospital policy.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. 29 U.S.C. § 206(d)(1)(1).